UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN COURTNEY,

    Petitioner,

v.                                        CASE NO. 06-CV-13767
                                          HONORABLE PAUL D. BORMAN

SHERRY BURT,

    Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, Honorable Paul D. Borman, United States District Judge, presiding, and in accordance with the Opinion and Order entered on 12/18/07;

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE.**

                                               David Weaver, Clerk of the Court

                                               By: s/Denise Goodine, Case Manager